United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-31045
Summary Calendar

_____

TANDRA OUBRE,

Plaintiff-Appellant,

v.

LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY,

Defendant-Appellee.

_____

On Appeal from the United States District Court for the Middle
District of Louisiana

_____

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Tandra Oubre appeals the district

court's ruling granting summary judgment to Defendant-Appellee

Louisiana Department of Environmental Quality on her Title VII

employment discrimination claims. Despite multiple claims

asserted by Appellants and multiple theories supporting

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

Appellee's motion for summary judgment, the district court's ruling was predicated only on "the written reasons to be filed at a later date." The record, however, does not reveal the subsequent entry of any written reasons supporting the ruling. "When we have no notion of the basis for a district court's decision, because its reasoning is vague or simply left unsaid, there is little opportunity for effective review.  In such cases, we have not hesitated to remand the case for an illumination of the court's analysis through some formal or informal statement of reasons." McIncrow v. Harris County, 878 F.2d 835 (5th Cir. 1989) (quoting Myers v. Gulf Oil Corp., 731 F.2d 281, 284 (5th Cir. 1984)). Therefore, we vacate the district court's judgment and remand this case to the district court to permit the district court to give reasons for its decision and to enter final judgment.

VACATED and REMANDED.